UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA
STATE OF LOUISIANA

RECEIVED
NOV 14 2016
Legal Programs Department

SCANNED at LSP and Emailed
11/14/16 by CM . 27 pages
date Initials No.

Docket No:

ALGIE SPEARS
Petitioner

-versus-

DARRELL VANNOY, WARDEN
Louisiana State Penitentiary
Respondent

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

**ORIGINAL BRIEF ON BEHALF OF ALGIE SPEARS**

RESPECTFULLY SUBMITTED,

Algie Spears, DOC#98786
Main Prison – Walnut #2
Louisiana State Penitentiary
Angola, Louisiana 70712

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | Middle District of Louisiana | |
|---|---|---|
| Name: ALGIE SPEARS | Prisoner No. | Case No. |
| Place of Confinement : LOUISIANA STATE PENITENTIARY, ANGOLA, LA 70712 | | |
| Name of Petitioner (include name under which convicted) | V. Name of Respondent (authorized person having custody of Petitioner) N. Burl Cain, Warden | |
| The Attorney General of the State of: Louisiana JAMES D. CALDWELL | | |

## PETITION

1. Name and location of Court which entered the judgment of conviction under attack: ______
   22nd Judicial District Court, Parish of St Tammany
2. Date of judgment of conviction: December 14, 2011
3. Length of sentence: Ten (10) years (Habitual Offender Sentence LSA-R.S. 15:529.1 et seq)
4. Nature of offense involved (all counts): One (1) Count of Unauthorized Entry of an Inhabited Dwelling (14:62.3)
5. What was your plea? (Check one):
   (a) Not guilty [X]
   (b) Guilty [ ]
   (c) Nolo Contendere [ ]
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details
   ______
   ______
6. Kind of trial: (Check one)
   (a) Jury [X]
   (b) Judge only [ ]
7. Did you testify at the trial?
   Yes [ ] No [X]
8. Did you appeal from the judgment of conviction?
   Yes [ ] No [X]

9. If you did appeal, answer the following:

(a) Name of Court: PLEASE REFER TO ATTACHED MEMORANDUM IN SUPPORT OF §2254

(b) Result: SEE 9(a)

(c) Date of result: SEE 9(a)

(d) grounds raised: SEE 9(a)

(e) If you sought further review of the decision on appeal by a higher state Court, please answer the following:

(2) Name of Court: PLEASE REFER TO ATTACHED MEMORANDUM IN SUPPORT OF §2254

(3) Result: SEE 9(e)(2)

(4) Date of result and citation, if known: SEE 9(e)(2)

(5) Grounds raised: SEE 9(e)(2)

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

(2) Name of Court: ____

(3) Result: ____

(4) Date of result and citation, if known: ____

(5) Grounds raised: ____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any Court, state or federal?

Yes [ ] No [ X ]

11. If your answer to 10 was "yes", give the following information:

(a) (1) Name of Court: ____

(2) Nature of proceeding: ____

(3) Grounds raised: ____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes [ ] No [ ]

(5) Result ______________________________________________

(6) Date of result ______________________________________________

(b) As to any second petition, application or motion give the same information:

(1) Name of Court ______________________________________________

(2) Nature of proceeding

(3) Grounds raised

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes [ ] No [ ]

(5) Result ______________________________________________

(6) Date of result ______________________________________________

(c) Did you appeal to the highest state Court having jurisdiction the result of action taken on any petition, application or motion?

(1) First petition, etc. Yes [ ] No [ ]

(2) Second petition, etc. Yes [ ] No [ ]

(3) Third petition, etc. Yes [ ] No [ ]

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.

**Caution:** In order to proceed in the federal Court, you must ordinarily first exhaust your available state Court remedies as to each ground on which you request action by the federal Court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state Court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of grand or petit jury which was unconstitutionally selected and impaneled.

(I) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground One: THE INITIAL STOP BY POLICE OFFICER ON THE EVENING OF ALLEGED OFFENSE OCCURED ABSENT PROBABLE CAUSE IN VIOLATION OF THE FOURTH, AND FOURTEENTH AMENDMENTS OF UNITED STATES CONSTITUTION.

Supporting FACTS (tell your story *briefly* without citing cases or law):PLEASE REFER TO ATTACHED MEMORANDUM IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 USC §2254

B. Ground two: THE SHOWUP IDENTIFICATION PROCEDURE EMPLOYEED BY THE ST TAMMANY SHERIFF DEPARTMENT WAS IMPERMISSIBILITY SUGGESTIVE IN THE VIOLATION OF THE SIXTH AND FOURTEENTH AMENDMENTS OF THE UNITED STATES CONSTITUTION.

Supporting FACTS (tell your story *briefly* without citing cases or law): PLEASE REFER TO ATTACHED MEMORANDUM IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 USC §2254

C. Ground three: PETITIONER WAS DENIED EFFECTIVE ASSISTANCE OF THE COUNSEL AT SENTENCING.

Supporting FACTS (tell your story *briefly* without citing cases or law): PLEASE REFER TO ATTACHED MEMORANDUM IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 USC §2254

D. Ground Four: PETITIONER WAS DENIED EFFECTIVE ASSISTANCE OF THE APPELLATE COUNSEL.

Supporting FACTS (tell your story *briefly* without citing cases or law): PLEASE REFER TO ATTACHED MEMORANDUM IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 USC §2254

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other Court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any Court, either state or federal, as to the judgment under attack?
Yes [ ] No [ ]

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing

(b) At arraignment and plea

(c) At trial

(d) At sentencing

(e) On appeal

(f) In any post-conviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same Court and at the same time?

Yes [ ] No [ ]

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes [ ] No [ ]

(a) If so, give name and location of Court which imposed sentence to be served in the future:

(b) Give date and length of the above sentence:

(c) Have you filed, or do you contemplate filing any petition attacking the judgment which imposed the sentence to be served in the future?

Yes [ ] No [ ]

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11-11-2016
(date)

Signature of Petitioner