# Supreme Court
STATE OF LOUISIANA
New Orleans

CHIEF JUSTICE
BERNETTE J. JOHNSON Seventh District
JUSTICES
GREG G. GUIDRY First District
SCOTT J. CRICHTON Second District
JEANNETTE THERIOT KNOLL Third District
MARCUS R. CLARK Fourth District
JEFFERSON D. HUGHES III Fifth District
JOHN L. WEIMER Sixth District

JOHN TARLTON OLIVIER
CLERK OF COURT

400 Royal St., Suite 4200
NEW ORLEANS, LA 70130-8102

TELEPHONE (504) 310-2300
HOME PAGE http://www.lasc.org

October 28, 2016

Hon. Peter J. Garcia
Judge, 22nd Judicial District Court
Division D, Room 2062
701 N. Columbia Street
Covington, LA 70433

In Re: State Ex Rel. Algie Spears vs State of Louisiana
No: 2015-KH-1585

Dear Judge Garcia:

Attached is a copy of action and per curiam issued by this Court in the above entitled matter which is self-explanatory.

With kindest regards, I remain,

Very truly yours,

John Tarlton Olivier
Clerk of Court

By: Carmen B. Young
Deputy Clerk of Court

CBY
ccs: All Counsel of Record

# The Supreme Court of the State of Louisiana

**STATE EX REL. ALGIE SPEARS**

NO. 2015-KH-1585

**VS.**

**STATE OF LOUISIANA**

\- - - - - -

IN RE: Algie Spears; - Plaintiff; Applying For Supervisory and/or Remedial Writs, Parish of St. Tammany, 22nd Judicial District Court Div. D, No. 512,686; to the Court of Appeal, First Circuit, No. 2015 KW 0894;

\- - - - - -

**October 28, 2016**

Denied. See per curiam.

SJC

JTK

JLW

GGG

MRC

JDH