UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALGIE SPEARS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2043** |
| **DARREL VANNOY, WARDEN** | **SECTION: "I"(5)** |

### **O R D E R**

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Algie Spears, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Algie Spears for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 2nd day of August, 2017.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE